**Order entered February 7, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00960-CV

## JOHN SAKYI, Appellant

## V.

## ABENA FOSUA SAKYI, Appellee

### On Appeal from the 256th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-19-16018

## ORDER

We **REINSTATE** this appeal.

By order dated January 13, 2022, we abated this appeal and ordered the trial court to conduct a hearing and make findings regarding why the reporter's record has not been filed. We did so after counsel for appellant informed the Court of his failed attempts to communicate with Glenda Finkley, Official Court Reporter for the 256th Judicial District Court. By letter filed January 18, counsel informed the Court that he did make contact with Ms. Finkley who informed him of the cost to

prepare the record. Counsel stated that he planned to pay the reporter's fee by January 24.

In light of counsel's letter, we **VACATE** our January 13 order. We **ORDER** Ms. Finkley to file, **WITHIN THIRTY DAYS** of the date of this order, either (1) the reporter's record or (2) written verification that appellant has not paid for the record. We caution appellant that if we receive written verification of no payment, we may order the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable David Lopez, Presiding Judge of the 256th Judicial District Court; Dallas County District Clerk Felicia Pitre; Ms. Finkley; and, all parties.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE